JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| Dino John Stirpe, | Case No. EDCV 19-1869 JGB (SPx) |
|---|---|
| Plaintiffs, | |
| v. | **JUDGMENT** |
| Wells Fargo Bank, N.A. et al. | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motion to Dismiss by Defendant Wells Fargo Bank, N.A. is GRANTED. Plaintiff Dino John Stirpe's complaint against Defendant is DISMISSED with prejudice.

Judgment is entered in favor of Defendant.

Dated: November 22, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge